UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CARLOS DANIEL BURGOS MARTINEZ,

                    Petitioner(s),

        v.

NORTHWEST IMMIGRATION AND
CUSTOMS ENFORCEMENT
PROCESSING CENTER,

                    Respondent(s).

CASE NO. C26-0231-KKE

ORDER GRANTING MOTION TO
APPOINT COUNSEL AND REFERRING
CASE TO THE OFFICE OF THE FEDERAL
PUBLIC DEFENDER FOR REVIEW

This is a federal habeas action filed under 28 U.S.C. § 2241.  Petitioner Carlos Daniel Burgos Martinez has filed a motion to appoint counsel.  Dkt. No. 3.  Burgos Martinez's habeas petition is currently stalled because of a filing deficiency related to his application to proceed *in forma pauperis* ("IFP").  *See* Dkt. No. 9.  Having reviewed Burgos Martinez's proposed motion to appoint counsel (Dkt. No. 3), proposed petition for writ of habeas corpus (Dkt. No. 1), and relevant record, the Court finds that, because of the complex issues involved in this case, the interests of justice require that counsel be appointed for Petitioner.  *See* 18 U.S.C. § 3006A(a)(2)(B). Moreover, the materials submitted in support of his IFP application support his financial eligibility for such appointment.  *See* Dkt. No. 2.

Accordingly, the Court ORDERS as follows:

(1) The Court GRANTS Petitioner's request for appointment of counsel.  Dkt. No. 3.

ORDER GRANTING MOTION TO APPOINT COUNSEL AND REFERRING CASE TO THE OFFICE OF THE
FEDERAL PUBLIC DEFENDER FOR REVIEW - 1

(2) This matter is referred to the Office of the Federal Public Defender for review.

(3) The Court requests that the Office of the Federal Public Defender review the petition and advise the Court by February 17, 2026, if it will seek appointment in this matter.

(4) The Clerk is directed to send a copy of this Minute Order to Petitioner and to the Office of the Federal Public Defender.

Dated this 10th day of February, 2026.

Kymberly K. Evanson
United States District Judge

ORDER GRANTING MOTION TO APPOINT COUNSEL AND REFERRING CASE TO THE OFFICE OF THE FEDERAL PUBLIC DEFENDER FOR REVIEW - 2