UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CARLOS DANIEL BURGOS MARTINEZ,<br><br>Petitioner(s),<br><br>v.<br><br>NORTHWEST IMMIGRATION AND CUSTOMS ENFORCEMENT PROCESSING CENTER,<br><br>Respondent(s). | CASE NO. C26-0231-KKE<br><br>ORDER EXTENDING DEADLINE AND REQUIRING NOTICE TO TRANSFER PETITIONER |

This matter comes before the Court on its own motion.  On February 17, 2026, the Office of the Federal Public Defender contacted the Courtroom Deputy to request additional time to review the petition to determine whether to seek appointment in this matter, as directed by the Court's February 10, 2026 order (Dkt. No. 12).  The Court hereby extends the deadline to advise whether the Office of the Federal Public Defender will seek appointment in this matter to March 4, 2026.

Though a scheduling order is not yet entered in this case, the Court determines that the interests of justice require imposition of the notice requirement set forth in Paragraph 3 of the Scheduling Order attached as Exhibit 1 to General Order 10-25.  *See* General Order W.D. Wash. GO 10-25.  Accordingly, Respondent is DIRECTED to file on the docket notice of its intent to transfer Petitioner from this District at least 48 hours (or 72 hours if the period extends into a

ORDER EXTENDING DEADLINE AND REQUIRING NOTICE TO TRANSFER PETITIONER - 1

weekend, holiday, or date the Court is closed) prior to any action to move or transfer Petitioner from the Western District of Washington or to remove him from the United States.

The Court will enter a scheduling order after the status of counsel for Petitioner is determined.

Dated this 18th day of February, 2026.

Kymberly K. Evanson
United States District Judge

ORDER EXTENDING DEADLINE AND REQUIRING NOTICE TO TRANSFER PETITIONER - 2