UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CARLOS DANIEL BURGOS MARTINEZ,<br><br>Petitioner(s),<br><br>v.<br><br>NORTHWEST IMMIGRATION AND CUSTOMS ENFORCEMENT PROCESSING CENTER,<br><br>Respondent(s). | CASE NO. C26-0231-KKE<br><br>ORDER ON MOTIONS |

Pending before the Court are Petitioner's (1) motion for leave to proceed in forma pauperis ("IFP") (Dkt. No. 14); (2) "motion for release on bail pending habeas corpus review," (Dkt. No. 15); (3) motion to file over-length briefs in support of the motion for release on bail (Dkt. No. 16); and (4) motion for "file-stamped copy of [the] habeas corpus record" (Dkt. No. 20). The Court addresses each motion in turn.

1. IFP Application

To proceed IFP, a litigant must file an affidavit which asserts "the person is unable to pay [filing] fees" and state the "affiant's belief that the person is entitled to redress." 28 U.S.C. § 1915(a). In support of his request to proceed IFP, Petitioner provides a declaration which asserts that, for the past twelve months, he has received $0 in income. Dkt. No. 14. The last time he received income from employment was on April 3, 2023. *Id.* Petitioner asserts that he does not

ORDER ON MOTIONS - 1

have any money. *Id.* Accordingly, the Court will grant Petitioner's application to proceed IFP. Dkt. No. 14.

2.  Motion for Release on Bail and Motion to File Over-Length Supportive Briefs

Petitioner also files a "motion for release on bail pending habeas corpus review." Dkt. No. 15. The Court will deny without prejudice Petitioner's motion at this time as it seeks relief that is duplicative of that sought through his habeas petition. As such, the Court also denies as moot Petitioner's motion to file over-length briefs in support of his motion for release on bail. Dkt. No. 16.

3.  Motion for "File-Stamped" Copy of Record

Petitioner also requests a copy of the record in this case. Dkt. No. 20. Petitioner states the reason for his request is to "maintain[] official proof of the filing submitted before this Honorable Court and for use in my corresponding legal proceedings." *Id.* at 1. The Court grants in part Petitioner's motion for a file-stamped copy of the record in this case. Dkt. No. 20. The Clerk is directed to mail Petitioner a copy of the docket sheet in this case, which reflects all filings received by the Court and orders issued by the Court (and previously mailed to Petitioner), as well as a copy of this Order.

4.  Status of Petitioner's Request for Appointment of Counsel

Petitioner previously requested appointment of counsel, which the Court granted. *See* Dkt. Nos. 3, 12. The Court then directed the Office of the Federal Public Defender to review the petition and inform the Court as to whether it would seek appointment in this matter. The Office of the Federal Public Defender has now informed the Court via telephone that it declines to seek appointment. Although future appointment is not guaranteed, the Court will inquire as to additional referral sources. *See* Dkt. No. 12.

//

ORDER ON MOTIONS - 2

In sum, the Court ORDERS:

1.  Petitioner's motion to proceed IFP (Dkt. No. 14) is GRANTED;

2.  Petitioner's motion for release on bail pending habeas review (Dkt. No. 15) is DENIED without prejudice;

3.  Petitioner's motion to file over-length briefs (Dkt. No. 16) is DENIED as moot; and

4.  Petitioner's motion for a copy of the record in this case (Dkt. No. 20) is GRANTED in part.

Dated this 11th day of March, 2026.

Kymberly K. Evanson
United States District Judge

ORDER ON MOTIONS - 3