UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CARLOS DANIEL BURGOS MARTINEZ,<br><br>                    Petitioner(s),<br><br>     v.<br><br>NORTHWEST IMMIGRATION AND CUSTOMS ENFORCEMENT PROCESSING CENTER,<br><br>                    Respondent(s). | CASE NO. C26-0231-KKE<br><br>ORDER CONTINUING DEADLINE TO REPLY |

This matter comes before the Court upon its own motion. The Court previously found that, consistent with Petitioner's motion requesting appointment of counsel (Dkt. No. 3), appointing counsel to represent Petitioner would serve the interests of justice in this case. Dkt. No. 12 (citing 18 U.S.C. § 3006A(a)(2)(B)). Despite the Court's best efforts, the Court has been unable to locate counsel willing to represent Petitioner. *See* Dkt. Nos. 12, 13, 21. Neither the Federal Public Defender nor the Northwest Immigrant Rights Project will seek appointment, and the Court lacks authority "to make coercive appointments of counsel." *Mallard v. U.S. Dist. Ct.*, 490 U.S. 296, 310 (1989). Under these circumstances, the Court finds that Petitioner must continue to litigate this matter himself. *See, e.g.*, *Williams v. Lawson*, C21-5536 MJP, 2024 WL 4133962, at *1–2 (W.D. Wash. Sep. 10, 2024). Because the Court is unable to find counsel for Petitioner, and

ORDER CONTINUING DEADLINE TO REPLY - 1

because Petitioner litigates this matter by mail, the Court will extend Petitioner's time to file his traverse.

The Court hereby ORDERS:

- The previous traverse deadline of March 30, 2026 is VACATED.  Dkt. No. 23.

- Any traverse by Petitioner shall be filed no later than April 13, 2026.

- Consistent with the Court's prior order (Dkt. No. 21), the Clerk shall mail a copy of this Order, as well as an updated docket sheet, to Petitioner.

Dated this 26th day of March, 2026.

Kymberly K. Evanson
United States District Judge

ORDER CONTINUING DEADLINE TO REPLY - 2